UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:17-CR-418-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | ORDER GRANTING |
| v. | ) | MOTION TO SEAL DE #53 and #54 |
| | ) | |
| ZACKERY LANEY, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, it is hereby ORDERED that Defendant's motion to seal DE # 53 and #54 is GRANTED.

This the __27__ day of __November__, 2018

_____
HONORABLE JAMES C. DEVER, III
United States District Judge
Eastern District of North Carolina